Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, and good cause therefor appearing, it is ordered that the appeal in this cause be, and hereby is, dismissed, without costs to either party.

---

Thomas J. DIXON v. COMMISSIONER OF INTERNAL REVENUE.

No. 5484.

Circuit Court of Appeals, Seventh Circuit.
March 28, 1935.

Marcus Whiting, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before EVANS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on April 9, 1932, be, and the same is hereby, dismissed.

---

Ethel Fisher DIXON v. COMMISSIONER OF INTERNAL REVENUE.

No. 5485.

Circuit Court of Appeals, Seventh Circuit.
March 28, 1935.

Marcus Whiting, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before EVANS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on April 21, 1932, be, and the same is hereby, dismissed.

---

Ethel Fisher DIXON v. COMMISSIONER OF INTERNAL REVENUE.

No. 5487.

Circuit Court of Appeals, Seventh Circuit.
March 28, 1935.

Marcus Whiting, of Chicago, Ill., for petitioner.

Frank J. Wideman, of Washington, D. C., for respondent.

Before EVANS and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for respondent, it is now here ordered and adjudged that this cause be docketed in this court, and that the petition for a review of the decision of the United States Board of Tax Appeals, entered on April 21, 1932, be, and the same is hereby, dismissed.

---

Margaret C. ELFRETH and Wm. M. Clevenger, Appellants, v. Laurence A. SLAUGHTER, Receiver of Union National Bank of Atlantic City, et al., Appellees.

No. 5607.

Circuit Court of Appeals, Third Circuit.
Feb. 4, 1935.

Wm. M. & Thomas R. Clevenger, of Atlantic City, N. J., for appellants.

Harry R. Coulomb, of Atlantic City, N. J., for appellees.